```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF RHODE ISLAND
```

_____
                                    )
JEANNETTE AYINKAMIYE,               )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )   C.A. No. 17-054 S
                                    )
RHODE ISLAND COLLEGE, CITY OF       )
PROVIDENCE, and STATE OF RHODE      )
ISLAND,                             )
                                    )
        Defendants.                 )
_____)

## **ORDER**

WILLIAM E. SMITH, Chief Judge.

    Magistrate Judge Patricia A. Sullivan filed a Report and Recommendation ("R&R") on February 22, 2017 (ECF No. 9), recommending that the Court deny Plaintiff's Motion for Preliminary Injunction (ECF No. 3).  Magistrate Judge Sullivan treated Plaintiff's Motion as one for a Temporary Restraining Order, and, after a hearing, found that Plaintiff had not "sustain[ed] her burden of presenting the requisite proof of any irreparable harm or emergency that a court order might rectify." (R&R 5.)  Plaintiff has filed several motions since the R&R was filed, but has not filed an objection to the R&R.

    After carefully reviewing the Complaint, the Motion for Preliminary Injunction and the R&R, this Court ACCEPTS the R&R

(ECF No. 9) in its entirety.  Plaintiff's initial Motion for Preliminary Injunction (ECF No. 3) is therefore DENIED.

IT IS SO ORDERED.

/s/ William E. Smith
_____
William E. Smith
Chief Judge
Date:  April 12, 2017