UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
                                   )
JEANNETTE AYINKAMIYE,              )
                                   )
        Plaintiff,                 )
                                   )
    v.                             )   C.A. No. 17-054 S
                                   )
RHODE ISLAND COLLEGE, CITY OF      )
PROVIDENCE, and STATE OF RHODE     )
ISLAND,                            )
                                   )
        Defendants.                )
_____)

## ORDER

WILLIAM E. SMITH, Chief Judge.

Magistrate Judge Patricia A. Sullivan filed a Report and Recommendation ("R&R") on April 5, 2017 (ECF No. 25), recommending that the Court deny Plaintiff's Motion for Emergency Relief (ECF No. 16). Plaintiff has not filed an objection to the R&R. After carefully reviewing the Motion for Emergency Relief and the R&R, the Court ACCEPTS the R&R and adopts the reasoning set forth therein. Plaintiff's Motion for Emergency Relief is therefore DENIED.

IT IS SO ORDERED.

/s/ William E. Smith
_____
William E. Smith
Chief Judge
Date: May 9, 2017